IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| ROBERT BERNARD FOX, SR. | : | 1:25CR110-1 |
| ROBERT BERNARD FOX, JR. | : | 1:25CR110-2 |

The Grand Jury charges:

From on or about November 16, 2023, in the County of Lee, in the Middle District of North Carolina, and elsewhere, ROBERT BERNARD FOX, SR., and ROBERT BERNARD FOX, JR., and divers other persons, known and unknown to the Grand Jurors, did knowingly and intentionally unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute 400 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: March 24, 2025

RANDALL S. GALYON
Acting United States Attorney

*Laura J. Dildine*
BY: LAURA J. DILDINE
Assistant United States Attorney

A TRUE BILL:

███████████

FOREPERSON

2

Case 1:25-cr-00110-CCE    Document 1    Filed 03/24/25    Page 2 of 2